# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-50410
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

January 26, 2016

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ALEJANDRO VILLARREAL,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:11-CR-202

Before JOLLY, BENAVIDES, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

Alejandro Villarreal has appealed the district court's order denying his motion under 18 U.S.C. § 3582(c)(2) for a reduction of his sentence in light of amendment 782 to the Sentencing Guidelines. Villarreal has not shown that the district court abused its discretion in determining that a sentence reduction is not warranted. *See United States v. Whitebird*, 55 F.3d 1007, 1010 (5th Cir. 1995). The judgment is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.